UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| Ronald Gomez, | Case No. 2:17-cv-166-APG-NJK |
|---|---|
| Plaintiff, | **ORDER DENYING MOTION FOR STAY OF DEPORTATION** |
| v. | |
| United States of America, et al., | (ECF No. 2) |
| Defendants. | |

On January 19, 2017, plaintiff Ronald Gomez filed his Emergency Motion for Stay of Deportation Pending Disposition of Writ of Habeas Corpus. ECF No. 2. The arguments Mr. Gomez presents in his motion were presented to the Ninth Circuit in his Second Petition for Panel Rehearing in February 2016. The Ninth Circuit rejected that Petition. In essence, Mr. Gomez's motion asks me to disagree with the Ninth Circuit and grant relief that the Ninth Circuit was unwilling to grant. Because the Ninth Circuit declined to grant the relief, the present motion for stay fails to demonstrate a likelihood of success on the merits and must be denied. *Nken v. Holder*, 556 U.S. 418, 434-435 (2009) (discussing standard for issuance of a stay).

IT IS HEREBY ORDERED that plaintiff Ronald Gomez's Emergency Motion for Stay **(ECF No. 2) is DENIED**.

Dated: January 20, 2017.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE